Kathryn Tassinari
Brent Wells
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

FILED '09 AUG 28 12:02 USDC-ORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DANNIS L. HURLIMAN, ) | |
| ) | |
| Plaintiff, ) | Civil No. 07-6373-HO |
| vs. ) | |
| ) | ORDER FOR PAYMENT OF ATTORNEY |
| MICHAEL J. ASTRUE, ) | FEES, LEGAL ASSISTANT FEES |
| Commissioner, Social Security ) | AND COSTS PURSUANT TO EAJA AND |
| Administration, ) | 28 U.S.C. §1920 |
| ) | |
| Defendant. ) | |

Based upon the Stipulation of the parties, it is hereby ORDERED that attorney fees and legal assistant fees in the amount of $5,700.00 are hereby awarded to Plaintiff, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and that costs of $350.00 are awarded under 28 U.S.C. § 1920. Said fees and costs are payable to plaintiff's attorney, Kathryn Tassinari of Harder, Wells, Baron & Manning, P.C.

Dated this 27th day of Aug., 2009.

Michael R. Hogan
U.S. District Judge

PRESENTED BY:

s/ Kathryn Tassinari
Harder, Wells, Baron & Manning, P.C.
Of Attorneys for Plaintiff

1 - ORDER FOR PAYMENT OF ATTORNEY FEES, LEGAL ASSISTANT FEES AND COSTS