Kathryn Tassinari, OSB # 80115
Brent Wells, OSB # 85403
kathrynt50@comcast.net
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, Suite 200
Eugene, OR  97401
(541) 686-1969
Of Attorneys for Plaintiff

FILED '10 JAN 20 13:11 USDC-ORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DANNIS L. HURLIMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> vs. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.  07-6373-HO <br><br> ORDER APPROVING PLAINTIFF'S <br> MOTION FOR ATTORNEY FEES <br> PURSUANT TO 42 U.S.C. §406(b) |

After considering Plaintiff's Motion for Attorney Fees, and counsel for Defendant having

no objection, Order is hereby granted in the sum of $15,009.00 as full settlement of all claims for

attorney fees pursuant to 42 U.S.C. §406(b). Commissioner shall deduct from $15,009.00 an

administrative assessment under 42 USC §406(d) and pay Plaintiff's counsel the balance.


ORDER APPROVING MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C.§406(b)
- 1

Counsel shall refund the EAJA fee of $5,700.00 awarded herein to Plaintiff.

IT IS SO ORDERED this 20th day of January, 2010.

_____
U.S. District Judge

PRESENTED BY:

s/ Kathryn Tassinari
Of Attorneys for Plaintiff

ORDER APPROVING MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C.§406(b)
- 2